THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE ABNER, Appellant.

Submitted April 15, 2013; decided April 25, 2013

Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO ARIOSA, Appellant.

Submitted April 15, 2013; decided April 25, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.